UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VOLTAGE PICTURES, LLC,

    Plaintiff,

v.

DOES 1 – 5,000,

    Defendants.
                                            /

Case No. 10-mc-51350

HONORABLE STEPHEN J. MURPHY, III

**ORDER DENYING MOTION TO QUASH** (docket no. 1)

    An unidentified individual proceeding pro se has asked the Court to "file motion papers to quash [a] subpoena" served upon Wide Open West ("WOW"), a cable services company. The United States District Court for the District of Columbia issued the subpoena. WOW was asked to turn over the IP addresses of numerous customers who Voltage Pictures, LLC ("Voltage") alleges downloaded copies of the film "The Hurt Locker" illegally. Presumably, the person seeking to quash the subpoena is one of these customers.

    This Court is without jurisdiction to quash the subpoena because it did not issue the subpoena to begin with. *See* Fed. R. Civ. P. 45(c)(3) (providing when an "issuing court" may or must quash a subpoena). Furthermore, the Court does not file motion papers on behalf of litigants under any circumstances. Accordingly, the Court will deny the motion.

    **WHEREFORE**, it is hereby **ORDERED** that this motion to quash (docket no. 1) is **DENIED**.

    **IT IS FURTHER ORDERED** that this matter is **CLOSED WITH PREJUDICE**.

    **SO ORDERED**.

        s/Stephen J. Murphy, III
        STEPHEN J. MURPHY, III
        United States District Judge

Dated: December 16, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 16, 2010, by electronic and/or ordinary mail.

        Alissa Greer
        Case Manager