UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VOLTAGE PICTURES, LLC,

    Plaintiff,

v.

DOES 1 – 5,000,

    Defendants.
    _____/

Case No. 10-mc-51350

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated December 16, 2010, this case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 16th day of December.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/A. Greer

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 16, 2010, by electronic and/or ordinary mail.

    s/Alissa Greer
    Case Manager